IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-269-FL

| | |
|---|---|
| CHARMAIN HARVEY and S.V.L, a minor, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   ORDER<br>) |
| N.C. HALIFAX COUNTY SOCIAL SERVICES and DR. BENG FUH, MD, | )<br>)<br>) |
| Defendants. | ) |

This matter is before the court on plaintiff's failure to respond to the magistrate judge's order entered November 19, 2012. Plaintiff had twenty-one (21) days to file with this court a properly completed application and affidavit to proceed *in forma pauperis*. As plaintiff has not complied with the court's directive, this action is dismissed without prejudice and the clerk is directed to closed this case.

SO ORDERED, this the 14th day of December, 2012

_____
LOUISE W. FLANAGAN
United States District Judge